DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eric Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ERIC GARCIA,<br><br>    *Defendant.* | No. 1:11-cr-00351 LJO<br><br>STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING<br><br>DATE: March 26, 2012<br>TIME: 8:30 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 9, 2012, **may be advanced to March 26, 2012 at 8:30 A.M.**

This advancement of the court date is at the request of the defense as this should be an uncontested sentencing hearing with both parties submitting the on the probation report and plea agreement and Mr. Garcia wishes to be sentenced as soon as possible. U.S. Probation Officer Michael Armistead was contacted about this advancement and is in agreement with the new requested date.

                                                                                          BENJAMIN B. WAGNER
                                                                                          United States Attorney

DATED: March 16, 2012                      By:    /s/ *Elana S. Landau*
                                                                                          ELANA S. LANDAU
                                                                                          Assistant United States Attorney
                                                                                          Attorney for Plaintiff

|   |   |   |
|---|---|---|
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 16, 2012 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC GARCIA |

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 19, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE